# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| STATE VOLUNTEER MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| KELLY SHRUM, M.D. and SAMANTHA COULTER, ALLISON PIERCE, LATONIA BLAKESLEE, and DANIELLE CHECK, individually, and as representatives of all others similarly situated, | ) ) ) ) ) ) ) ) ) | No. 4:09-CV-0816-SWW |
| Defendants/Interested Parties. | ) | |

## STIPULATED DISMISSAL

It appears that the state court class action complaint against defendant Kelly Shrum, M.D., has been dismissed without prejudice. Pursuant to and consistent with the stipulation for dismissal filed by the parties, it further appears that the parties to this litigation are in agreement that this declaratory judgment action should be dismissed without prejudice as a stipulated dismissal.

IT IS THEREFORE ORDERED that this complaint is dismissed without prejudice.

DATED this 7th day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE